```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-14278-CIV-GRAHAM
                              MAGISTRATE JUDGE P.A. WHITE
```

KENNETH EARL EVANS,                  :

    Plaintiff,                   :

v.                                   :          REPORT OF
                                                                  MAGISTRATE JUDGE
SHERIFF KEN MASCARA, et al           :             (DE#12)

    Defendants.                  :
_____

      The plaintiff Kenneth Earl Evans has filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983. [DE #1]. The plaintiff has been granted leave to proceed in forma pauperis.

      This Cause is before the Court upon the plaintiff's motion to supplement named defendants (DE#12). The plaintiff seeks to name St. Lucie County in place of St. Lucie County Jail, and substitute Dr. Zambrano for Defendant Dr. John Doe.

      Upon review of this motion, the substitution of St. Lucie County should be denied. To allege a §l983 action against a county a plaintiff must assert that a constitutional deprivation resulted from a custom, policy, or practice of the county. Wideman v. Shallowford Community Hospital, Inc. supra, 826 F.2d at 1032, and cases cited therein. Such liability, however, may not be predicated on the theory of respondeat superior. Only if the alleged constitutional violations resulted from a county custom, policy or practice of a county, may its administrators or supervisors be held liable. Monell v. Department of Social Services, supra, 436 U.S. at 694; Free v. Granger, 887 F.2d 1552 (11 Cir. 1989); Wideman v. Shallowford Community Hospital, Inc., supra, 826 F.2d at 1032. Boilerplate allegations of policy or custom, without supporting

facts, are insufficient to sustain a §1983 claim. See Hossman v. Blunk, 784 F.2d 793 (7 Cir. 1986); Gutierrez v. City of Hialeah, 723 F.Supp. 1494 (S.D. Fla. 1989).

The fact that the conditions at the St. Lucie County Jail are unpleasant, including overcrowding and inmates sleeping on mattresses, does not support a claim that there was any officially sanctioned unconstitutional act, nor any unconstitutional unofficial custom or practice.

The plaintiff has stated a cause of action against Dr. John Doe, and service shall be ordered against Dr. Zambrano.

It is therefore recommended that the motion to supplement named defendants (DE#12) be granted as to Defendant Dr. Zambrano, and denied as to St Lucie County.

Objections to this Report may be filed within ten days following receipt. The plaintiff may file the second amended complaint with his objections.

Dated this 3rd day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Kenneth Earl Evans, Pro Se
     DCK64036
     Address of record