UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.09-14278-CIV-GRAHAM

KENNETH EARL EVANS,

    Plaintiff,

vs.

SHERIFF KEN MASCARA et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Supplement named defendants [D.E. 12].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 3]. The Magistrate Judge issued a Report and Recommendation recommending that the motion to supplement be granted as to Defendant D.r Zambrano and denied as to St. Lucie County [D.E. 14]. No objections have been filed.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 14] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Supplement [D.E. 12] is **GRANTED in part and DENIED in part**. Dr. Zambrano shall be substituted for Defendant Dr. John Doe. The motion is denied as to St. Lucie County

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
Kenneth Earl Evans, Pro Se
Counsel of Record