```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-14278-CIV-GRAHAM
                              MAGISTRATE JUDGE P.A. WHITE
```

KENNETH E. EVANS,                   :

    Plaintiff,               :

v.                                  :        REPORT OF
                                                          MAGISTRATE JUDGE

SHERIFF MASCARA, et al.,            :

    Defendants.              :
_____

      The pro-se plaintiff Kenneth Evans filed a civil rights complaint pursuant to 42 U.S.C. §1983. He named Nurse Tabitha and Dr. Zambrano as defendants. A service of summons was returned to the Court un-executed for defendant Nurse Tabitha (DE#16). Tabitha was served at the St Lucie County Jail and the Marshal noted that Tabitha is no longer employed at the jail. The plaintiff was ordered to supply the Court with a current address for Nurse Tabitha or risk dismissal of this defendant. The plaintiff has not complied. Service was also returned un-executed for Dr. Zambrano. The Marshal noted that he is no longer is employed by the St. Lucie County Jail.

      The Court cannot effect service upon the defendants without a current and accurate address. The plaintiff was ordered to supply the Court with a current address for these defendants on or before February 23, 2010, and extended to March 31, 2010.  The plaintiff was cautioned that there were no other defendants in this case, and if addresses were not provided for these defendants the case shall be dismissed.

The plaintiff has failed to comply with the Court's Order. He filed an Interlocutory Appeal on February 16, 2010, appealing the Order of United States District Judge Donald Graham, denying his motion for reconsideration. (DE#24). The Appeal was dismissed by the Eleventh Circuit Court of Appeals on June 30, 2010, for lack of jurisdiction.

The plaintiff has failed to provide the Court with current addresses for the named defendants. It is therefore recommended that this case be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed within fourteen days following receipt. The plaintiff may file his updated addresses with his objections.

Dated at Miami, Florida this 12th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Kenneth Evans, Pro Se
      DC#K64036
      Lawtey Correctional Institution
      Raiford, FL
      Address of record

2