UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No.09-14278-CIV-GRAHAM

**CLOSED CIVIL CASE**

KENNETH EARL EVANS,

    Plaintiff,

vs.

SHERIFF KEN MASCARA et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's pro se civil rights complaint pursuant to 42 U.S.C. §1983 for damages and other relief [D.E. 1] and Plaintiff's Amended Complaint [D.E. 8].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 3]. The Magistrate Judge issued a Preliminary Report recommending that the claims against the St. Lucie County Jail and Sheriff be dismissed and that the claim concerning denial of adequate medical care remain pending against Defendants Dr. and Nurse Does. [D.E. 9]. The Court adopted the Preliminary Report. Plaintiff was then directed to provide the current addresses for the remaining Defendants, but has failed to do so. Accordingly, the Magistrate Judge issued a Report recommending that the case be dismissed for lack of prosecution [D.E. 52]. Plaintiff has not filed timely objections to the report.

     **THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 52] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

     **ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint **DISMISSED without prejudice** for lack of prosecution.  It is further

     **ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT.**

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July, 2010.

                                                                   DONALD L. GRAHAM
                                                                   UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
       Kenneth Earl Evans, <u>Pro Se</u>
       Counsel of Record